UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV No. 14-3451-R (AS) | Date | November 13, 2014 |
|---|---|---|---|
| Title | Enoch Conners, Plaintiff v. Leroy A. Baca, et. al., Defendants. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 10, 2014, Plaintiff Enoch Connors filed a first amended complaint pursuant to 42 U.S.C. § 1983 (Docket Entry No. 12). On August 12, 2014, the Court granted Plaintiff's motion for leave to file an amended complaint and an extension of time in which to file an amended complaint, and ordered plaintiff to file a second amended complaint no later than September 10, 2014. (Docket Entry No. 15). On August 22, 2014, the Court granted Plaintiff's request for additional time to file his Second Amended Complaint and ordered Plaintiff to file his second amended complaint no later than September 30, 2014. (Docket Entry No. 17). On October 3, 2014, the Court granted Plaintiff's motion for a continuance of time to file a second amended complaint and ordered Plaintiff to file a second amended complaint no later than October 30, 2014. (Docket Entry No. 24).

As of today, however, Plaintiff has failed to file an amended complaint or a request for an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **seven (7) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing an a second amended complaint, curing the deficiencies of the complaint (see Docket Entry No. 5: Memorandum and Order Dismissing Complaint with Leave to Amend), or by filing a declaration under penalty of perjury stating why he is unable to do so.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  <u>A Notice of Dismissal form is attached for Plaintiff's convenience.</u>  Plaintiff is again warned that failure to timely file a response to this Order <u>will</u> result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV No. 14-3451-R (AS) | Date | November 13, 2014 |
|---|---|---|---|
| Title | Enoch Conners, Plaintiff v. Leroy A. Baca, et. al., Defendants. | | |

    The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.