# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOCH CONNERS, | ) No. CV 14-3451-R (AS) |
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS,** |
| LEROY BACA, ET AL., | ) **CONCLUSIONS AND RECOMMENDATIONS** |
| Defendants. | ) **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint ("SAC"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The Court has made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed (see Docket Entry Nos. 48, 50), and concurs with the Magistrate Judge's orders construing Plaintiff's objections as requests for additional time to file a Third Amended Complaint (see Docket Entry Nos. 49, 51, 54). However, even after being granted several extensions of time to file a Third Amended Complaint curing the deficiencies of the Second

Amended Complaint, Plaintiff has failed to file a Third Amended Complaint. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 13, 2015

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE