**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ENOCH CONNERS, | ) | No. CV14-3451-R (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LEROY BACA, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 13, 2015

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

3